# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00008-GCM

| | |
|---|---|
| SCHLETTER INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GAYK NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* upon review of the order by the United States Bankruptcy Court, "Order Requesting Withdrawal of Reference of Contested Matter" [Doc. No. 1] (the "Reference Order"), entered in *In re Schletter, Inc.*, Case No. 18-40169. This Court, having examined the Reference Order, ADOPTS and APPROVES the findings and recommendations set forth therein. Consequently, this Court:

**WITHDRAWS** the reference for the limited purpose of conducting further proceedings solely as to the contested matter described in the Reference Order (the "Contested Matter") including but not limited to consideration of possible criminal contempt relief as to Gayk North America, Inc. ("Gayk NA") and its President, Carl Otsuki ("Mr. Otsuki"); and

**DIRECTS** Gayk NA and Mr. Otsuki to appear before the Court on April 9, 2019 at 2:00 p.m. at the Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2-2, Charlotte, North Carolina 28202, and show cause why they should not be held in criminal contempt pursuant to Rule 42 of the Federal Rules of Criminal Procedure for failure to comply with the Bankruptcy Court's Civil Contempt Order.

The Clerk of the Court is directed to transmit this order to the Clerk of the Bankruptcy

Court.

**SO ORDERED.**

Signed: February 6, 2019

Graham C. Mullen
United States District Judge