# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00008-GCM

| | |
|---|---|
| SCHLETTER INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GAYK NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. On February 6, 2019, this Court issued an Order withdrawing reference of this case from the Bankruptcy Court. (Doc. No. 4). Upon reconsideration and after consultation with the Bankruptcy Court, the Court rescinds that Order. The Court finds that further proceedings in this matter would be fruitless. Thus, the Court declines to withdraw the reference from the Bankruptcy Court. This case is referred to Judge Whitley for all future proceedings.

**SO ORDERED**.

Signed: June 21, 2019

Graham C. Mullen
United States District Judge